UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MATTICE/CARTER |
| | ) | |
| v. | ) | CASE NO. 1:13-CR-137 |
| | ) | |
| LACEY MICHELLE HENSON | ) | |

## O R D E R

On March 31, 2014, Magistrate Judge William B. Mitchell Carter filed a Report and Recommendation recommending (a) the Court accept Defendant's plea of guilty to Counts One, Two, Three and Four of the Four-Count Indictment; (b) the Court adjudicate Defendant guilty of the charges set forth in Counts One, Two, Three and Four of the Four-Count Indictment; and (c) Defendant shall remain on bond pending sentencing in this matter (Doc. 16). Neither party filed an objection within the given fourteen days. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Counts One, Two, Three and Four of the Four-Count Indictment is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One, Two, Three and Four of the Four-Count Indictment; and

(3) Defendant **SHALL REMAIN ON BOND** pending sentencing on **Monday, July 7, 2014, at 9:00 am.**

**SO ORDERED.**

**ENTER:**

                                                     */s/ Harry S. Mattice, Jr.*
                                                    HARRY S. MATTICE, JR.
                                                    UNITED STATES DISTRICT JUDGE